UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **DARRELL NEILANDER** | : | CASE NO. 3:11CV 01726 (WWE) |
| Plaintiff | : | |
| VS. | : | |
| **BANK OF AMERICA CORPORATION** | : | |
| Defendant | : | DECEMBER 2, 2011 |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff and Defendant, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate for dismissal of this action with prejudice in accordance with the Joint Notice of Settlement which has been filed with the Court.

THE PLAINTIFF,
**DARRELL NEILANDER**

By _____
Darrell Neilander (Pro Se)
30 King Street
Wallingford, CT 06492
203-376-4407

THE DEFENDANT
**BANK OF AMERICA, N.A.**
(Sued Herein as Bank of America Corporation)

By _____
Christopher S. Antoci, Esq.
USDC CT Bar: 28633
WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER LLP
1010 Washington Boulevard
Stamford, CT 06901
Tel.: 203.388.9100
File No.: 12691.00103

Error! Unknown document property name.

## CERTIFICATE OF SERVICE

I hereby certify that, on December 2, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By_____
Christopher S. Antoci, Esq.